






TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00332-CR







Kenneth Scott, III, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT


NO. 0932434, HONORABLE LARRY FULLER, JUDGE PRESIDING







PER CURIAM



	This is an appeal from an order of the trial court revoking appellant's probation. 
Appellant has filed a motion to withdraw the appeal.  No decision of this Court has been
delivered.  The motion is granted and the appeal is dismissed.  See Tex. R. App. P. 59(b).





Before Chief Justice Carroll, Justices Jones and B. A. Smith


Appeal Dismissed on Appellant's Motion


Filed:   December 20, 1995


Do Not Publish


